# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:09-0380-WBS
     )
JOSE MANUEL VERA-GIL

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **JOSE MANUEL VERA-GIL**

Detained at (custodian): **Merced County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint

Charging Detainee With: **21 U.S.C. § 846 and 541(a)(1) - Conspiracy to Manufacture Over 1000 Plants of Marijuana and 21 U.S.C. § 847(a)(1) - Manufacturing Over 1000 Plants of Marijuana**

    or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: **MICHAEL M. BECKWITH (916) 554-2797**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 25, 2009      /s/ Gregory G. Hollows
Date      vera-gil.ord      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 02071130 | DOB: | 07/15/1985 |
| Facility Address: | 2584 W. Sandy Mush Road | Race: | |
| | Merced,,, California 95340 | FBI #: | |
| Facility Phone: | (209) 385-7575 | | |
| Currently Incarcerated For: | 487(a) 6025(a) Receiving Stolen Property | | |

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

Form Crim-48      Revised 11/19/97