DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jose Vera Gil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE MANUEL VERA GIL,<br><br>　　　　　Defendant | Case No.: 2:09 CR 380-08 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME |

　　　　The parties agree that time beginning January 23, 2011 and extending through January 30, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv). Additionally, the above named counsel is currently in a trial in Sacramento County Superior Court, People v. Phil Reese, Department 29, and has not been given authority by the Judge in that court to attend other court hearings. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

　　　　The parties further request that this matter be taken off the January 23, 2012, calendar and be rescheduled to January 30, 2012 at 9:30 a.m.

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:  1-19-12								By:	/s/ Danny D. Brace, Jr.,
										DANNY D. BRACE, JR.,
										Attorney for Tevin Tan

Date:  1-19-12								By:	/s/ Michael Beckwith
										Authorized to sign for Mr. Beckwith
										On January 19, 2012
										MICHAEL BECKWITH
										Assistant U.S. Attorney

**IT IS SO ORDERED:**
Dated:   January 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE